IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK SELLERS,** | : | |
| Petitioner | : | |
| v. | : | CIVIL ACTION NO. 19-4666 |
| **Pa. BOARD OF PROBATION AND PAROLE,** *et al.*, | : | |
| Respondents. | : | |

## ORDER

This 23rd day of March, 2021, upon consideration of the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by Petitioner, Frederick Sellers, (ECF 5), the response thereto (ECF 16), and the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, dated September 23, 2020, (ECF 20), and after a careful and independent review of the record, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED;**

2. The Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED** with prejudice;

3. A certificate of appealability will not issue because reasonable jurists would not debate the propriety of this Court's disposition of Petitioner's claims. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel,* 529 U.S. 473, 484 (2000); and,

4. The Clerk of the Court shall mark this case closed for statistical purposes.

        /s/ Gerald Austin McHugh
    United States District Judge